**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

REBECCA BROWN                                                         PLAINTIFF

v.                                    4:22-cv-00097-JM-JJV

DOE                                                                  DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody Jr.   Any party may serve and file written objections to this recommendation. Objections should be specific and include the factual or legal basis for the objection.   If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.   Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

### DISPOSITION

Rebecca Brown ("Plaintiff") was a pretrial detainee in the Saline County Detention Facility when she commenced this *pro se* lawsuit pursuant to 42 U.S.C. § 1983.   (Doc. 1.)   On February 7, 2022, I gave her thirty days to either pay the filing fee in full or file an Application to Proceed *In Forma Pauperis* along with a Calculation Sheet.   (Doc. 2.)

That Order has been returned undelivered because Plaintiff has been released from the Saline County Detention Center.   (Doc. 3.)   Because Plaintiff has not provided the Clerk with a forwarding address as required by Local Rule 5.5(c)(2), it would be futile to grant her an extension of time to either pay the filing fee or file an IFP Application.   Accordingly, I recommend this case

1

be dismissed without prejudice due to a lack of prosecution.  *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

IT IS, THEREFORE, RECOMMENDED THAT:

1.      The Complaint (Doc. 1) be DISMISSED without prejudice due to a lack of prosecution.

2.      The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 14th day of March 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE