IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

REBECCA BROWN                                                                                   PLAINTIFF

v.                                           4:22-cv-00097-JM-JJV

DOE                                                                                             DEFENDANT

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed and the proposed findings and recommendation mailed to the Plaintiff have been returned as undeliverable. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Complaint (Doc. 1) is DISMISSED WITHOUT PREJUDICE due to a lack of prosecution.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 31st day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE