### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

REBECCA BROWN                                                                                          PLAINTIFF

v.                                              4:22-cv-00097-JM-JJV

DOE                                                                                                    DEFENDANT

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 31st day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE